

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**February 24, 2014**

___

LENARD E. SCHWARTZER
2850 S. Jones Blvd., Ste. 1
Las Vegas, NV  89146
(702) 307-2022

TRUSTEE

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 12-21969 MKN |
| PANKALLA-LANE, DAWN CAROL | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ORDER GRANTING TRUSTEE'S MOTION TO SELL REAL PROPERTY AND PAY COMMISSION AND NORMAL CLOSING COSTS (8944 Argus Reed Avenue, Las Vegas, NV) |
| Debtor(s) | Date:  February 20, 2014<br>Time:  11:00 a.m.<br>Place: Foley Bldg., Third Floor |

The motion of the Trustee, LENARD E. SCHWARTZER to sell the real property located at 8944 Argus Reed Avenue, Las Vegas, NV coming before this Court on February 20, 2014, before a United States Bankruptcy Judge.  Appearing at the hearing was the Trustee representing himself, and MATTHEW K. SCHRIEVER, ESQ., of TIFFANY & BOSCO, P.A., attorney for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificate Holders

of the CWABS, Inc., Asset-Backed Certificates, Series 2005-7. Notice having been given as required by law, no other parties appeared or filed any opposition, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Trustee in the Bankruptcy estate of Dawn Carol Pankalla-Lane, aka Dawn C Lane, aka Dawn Lane is authorized to:

(1) sell the Property described hereinbelow to the highest offer approved by Secured Creditor(s) under the terms and conditions set forth in the motion on file herein, including compliance with the written Short Sale Approval Letter to be obtained from Secured Creditor(s). The sale on said Property shall be closed within one year from the date of entry of this order.

Real property located at 8944 Argus Reed Avenue, Las Vegas, NV, more particularly described in the attached Exhibit "A," attached hereto and incorporated herein by reference.

(2) pay the normal closing costs at close of escrow, including a real estate commission of no more than 6% to be approved by Secured Creditor(s).

(3) obtain release of or pay all liens as shown on the Preliminary Title Report prior to closing or at time of closing.

(4) pay a $395.00 transaction fee to Asset Management Realty from the estate's portion of the sale proceeds.

(5) require payment from the Buyer of $5,000 or 3% of the selling price over $200,000.00 to the Bankruptcy Estate, which may be reduced by the above-referenced $395.00 transaction fee should the short sale lender not approve payment, and

(6) execute any and all documents on behalf of Seller necessary to effectuate the sale.

IT IS FURTHER ORDERED that this Order does not affect the right of any Secured Creditor to seek relief from the automatic stay or to foreclose on the property.

IT IS FURTHER ORDERED that the Trustee waives any claim under the Nevada Homeowners Bill of Rights for "dual tracking."

Submitted by:

/s/ [signature]

LENARD E. SCHWARTZER
Trustee

GREGORY L. WILDE
MATTHEW K. SCHRIEVER
TIFFANY & BOSCO, P.A.
Attorney for Secured Creditor

ALTERNATIVE METHOD re RULE 9021:

In accordance with Local Rule 9021, the Trustee submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____The Court waived the requirement set forth in LR9021(b)(1).

_____No parties appeared at the hearing or filed an objection to the motion.

\_\_X\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

TIFFANY & BOSCO, P.A.            Approved/Disapproved/Failed to Respond

_____I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/s/ [signature]

LENARD E. SCHWARTZER

###

3

Order No. 13-05-0725-JKH
2nd AMENDMENT

# EXHIBIT "A"
## LEGAL DESCRIPTION

PARCEL I:

LOT FORTY-EIGHT (48) OF VENEZIA PHASE 1 @ RHODES RANCH, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 105, OF PLATS, PAGE 97, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL II:

AN EASEMENT FOR INGRESS AND EGRESS OVER THE PRIVATE STREETS AND COMMON AREAS AS SHOWN AND DELINEATED ON SAID MAP

EXHIBIT "A"