**LENARD E. SCHWARTZER**
2850 S Jones Blvd., Suite 1
Las Vegas, NV 89146
(702) 307-2022
TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 12-21969 MKN |
| DAWN CAROL PANKALLA-LANE, | IN PROCEEDINGS UNDER CHAPTER 7 |
| | NOTICE OF HEARING TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS |
| Debtor | Date: July 24, 2014<br>Time: 11:00 a.m.<br>Place: Foley Bldg., Third Floor |

TO: DEBTOR, DAWN CAROL PANKALLA-LANE; ATTORNEY FOR DEBTOR, RYAN A. ANDERSEN

NOTICE IS HEREBY GIVEN that an OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS was filed by LENARD E. SCHWARTZER, Chapter 7 Trustee. The Motion seeks to invalidate an exemption claimed by the debtor of $1,000.00 from the proceeds of the potential sale of certain real property located at 8944 Argus Reed Avenue, Las Vegas, Nevada.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

Local Rule 9014(d)(1): "Except as set out in subsection (3) below, any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

/ / / / /

/ / / / /

/ / / / /

1

> If you object to the relief requested, you must file a WRITTEN response to this pleading with the Court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may refuse to allow you to speak at the scheduled hearing; and
> • The court may rule against you without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the Motion may be continued without further notice.

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a United States Bankruptcy Judge in the Foley Building, 300 Las Vegas Boulevard South, 3rd Floor, Las Vegas, Nevada, on July 24, 2014, at the hour of 11:00 a.m.

Dated: June 24, 2014

LENARD E. SCHWARTZER, Trustee